

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00109-CV

JEFFREY STEVEN MARX, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 33rd District Court of Burnet County.  (Tr. Ct. No. 7723).

Appellant, Jeffrey Steven Marx, has filed a motion to dismiss the appeal for lack of jurisdiction.  After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.  Accordingly, the Court **grants** the motion to dismiss.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 22, 2015.

Panel consists of Justices Higley, Huddle, and Lloyd.